IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RALPH HARRISON BENNING,** | : |
| Plaintiff, | : Case No. 5:18-cv-087-TES-CHW |
| v. | : |
| Commissioner **GREGORY DOZIER** | : Proceedings Under 42 U.S.C. § 1983 |
| Defendant. | : Before the U.S. Magistrate Judge |

## ORDER

Plaintiff has submitted a subpoena for the clerk's signature and service by the U.S. Marshals service, which was docketed as a motion for issuance of subpoena. (Doc. 128). Plaintiff's request mimics his previous request for issuance of a subpoena for the appearance of Jennifer Ammons, General Counsel of the Georgia Department of Corrections, at a November 2023 hearing, directing that she produce several documents when she appears. (Doc. 125). The Court denied Plaintiff's previous request, in part, because Plaintiff's *in forma pauperis* status does not alleviate the responsibility to pay certain costs of litigation and Plaintiff's motion did not explain how he planned to pay for witness fees and other costs related to the production of documents. (Doc. 126). Plaintiff's current request does not cure these defects. *See* (Doc. 128). Therefore, for the reasons explained in the Court's previous order (Doc. 126), Plaintiff's request for the issuance of a subpoena (Doc. 128) is **DENIED**.

**SO ORDERED**, this 26th day of October, 2023.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge

1