IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RALPH HARRISON BENNING, | * |
| Plaintiff, | * |
| v. | Case No. 5:18-cv-00087-TES-CHW |
| | * |
| Comm'r TYRONE OLIVER,1 et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 18th day of November, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk