IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RALPH HARRISON BENNING, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:18-CV-00087 (TES) |
| COMMISSIONER TYRONE OLIVER, et al., | ) |
| Defendants. | ) |

## ORDER TO PRODUCE STATE PRISONER
## FOR FEDERAL HEARING

TO:   RELEASES AND AGREEMENTS
      ATTENTION:  RHONDA TILLMAN
      GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **RALPH HARRISON BENNING, GDC000427174,** presently incarcerated at the Augusta State Prison, Grovetown, Georgia, for in the above-styled proceeding beginning at **10:00 a.m.** on the **10th day of February, 2026,** before the undersigned in Courtroom C on the first floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 5th day of January, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT