FILED FEB10'26AM11:55
MDGA-MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RALPH HARRISON BENNING,<br><br>    *Plaintiff,*<br><br>v.<br><br>Comm'r TYRONE OLIVER, *et al.,*<br><br>    *Defendants.* | CIVIL ACTION NO.<br>5:18-cv-00087-TES-CHW |

## ORDER GRANTING MOTION TO ENFORCE

Before the Court is Plaintiff Ralph Harrison Benning's Motion to Enforce [Doc. 196] the Court's order enjoining the Georgia Department of Corrections "from enforcing SOP 204.10's email-contact restriction—i.e., limiting an offender's email contacts to those 12 persons who have been cleared to be on that offender's in-person visitation list." [Doc. 175, p. 28]; *see generally Benning v. Oliver*, No. 5:18-cv-00087-TES-CHW, 2024 WL 4818330 (M.D. Ga. Nov. 18, 2024). The Court received Plaintiff's motion on December 12, 2025.

After reviewing Plaintiff's motion, the Court issued an Order to Show Cause [Doc. 197] on December 19, 2025, ordering Defendants to explain why Plaintiff's requested relief should not be granted. Defendants responded on January 2, 2026, arguing that Plaintiff's motion should be denied as they "are undertaking to be fully compliant with this Court's order" and that Defendant Tyrone Oliver, "through his

designee, has directed the provider of inmate approved email services, JPay, to discontinue the 'email-contact restriction.'" [Doc. 198, p. 4].

On February 10, 2026, the Court held a hearing on Plaintiff's motion. Present at that hearing was Plaintiff, proceeding pro se, and Defendant Oliver, the Commissioner for the Georgia Department of Corrections ("GDC"), along with his counsel. During the hearing, the Court relayed its heavy concerns with the GDC's disregard of the Court's injunction as to SOP 204.10. In addition to these concerns, the Court also discussed a contempt order filed against the GDC by another judge of this Court and a previous example of clear dishonesty in filings made to this Court by the GDC. *See generally Daughtry v. Emmons*, No. 5:15-CV-41 (MTT), 2024 WL 1791717 (M.D. Ga. Apr. 23, 2024); Court's Exhibit #1.

Given Defendant Oliver's reassurances, that the Court's injunction order will be followed, the Court **GRANTS** Plaintiff's Motion to Enforce [Doc. 196]. During the hearing, Defendants also submitted a Policy Information Bulletin regarding SOP 204.10 dated January 15, 2026, which the Court places on the record as Court's Exhibit #2. If Defendants violate this Court's injunction again, which the Court does not anticipate happening, it will welcome another motion from Plaintiff.

**SO ORDERED**, this 10th day of February, 2026.

_____
TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE

2